# Exhibit B

**LOSS ANALYSIS**
**Class Period: 11/12/2020 - 2/1/2022**

### ELECTRIC LAST MILE SOLUTIONS, INC.

| Ticker | CUSIP | ISIN | SEDOL | Lookback Price |
|---|---|---|---|---|
| ELMS | 28489L104 | US28489L1044 | BLR9KK6 | $1.7987 [1] |

**Pierre Fontaine**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchases | 01/04/21 | 10,000 | $14.3500 | ($143,500.00) |
| *Class Period purchases:* | | *10,000* | | *($143,500.00)* |
| | Shares Held: | 10,000 | $1.7987 | $17,987.44 |
| | | | **LIFO Gain/(Loss):** | **($125,512.56)** |
| | | | Total Shares Bought: | 10,000 |
| | | | Total Net Shares: | 10,000 |
| | | | Total Net Expenditures: | ($143,500.00) |

---

[1] *Value of shares held is the mean trading price from 2/2/2022 to 4/4/2022.*